NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**STATON TECHIYA, LLC,**

*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**

*Appellees*

_____

2023-2389

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00324.

_____

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2   STATON TECHIYA, LLC V. SAMSUNG ELECTRONICS CO., LTD.


(2)  Each side shall bear their own costs.


FOR THE COURT


June 14, 2024
Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** June 14, 2024